■ In the Matter of LORRAINE WEEKS, Appellant, v COUNTY OF SUFFOLK et al., Respondents.—Appeal from stated portions of a judgment of the

Supreme Court, Suffolk County, entered December 16, 1975, dismissed as academic, without costs or disbursements. That judgment was superseded by the judgment entered March 30, 1976, which was made after the granting of reargument. Judgment of the same court, entered March 30, 1976, affirmed, without costs or disbursements. No opinion. Hopkins, J. P., Latham, Cohalan and Damiani, JJ., concur.